**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: S.L.                  :    No. 37 WAL 2017
                                     :
                                     :
PETITION OF: D.L., BIRTH FATHER   :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 9th day of March, 2017, the Petition for Allowance of Appeal is

**DENIED**.